B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kelsey, Robert D Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kelsey, Denyne L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Denyne L Smith; FKA Denyne L Roberts; FKA Denyne L Overheul** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5827** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-8165** |
| Street Address of Debtor (No. and Street, City, and State):<br>**920 W. Kennedy Rd.**<br>**Braidwood, IL**      ZIP Code **60408** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**920 W. Kennedy Rd.**<br>**Braidwood, IL**      ZIP Code **60408** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7                    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12                   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13                          of a Foreign Nonmain Proceeding |

|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,      ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kelsey, Robert D Jr.**<br>**Kelsey, Denyne L** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Stephen J. West, Atty.**    **January 26, 2011**<br>Signature of Attorney for Debtor(s)        (Date)<br>**Stephen J. West, Atty. 02989794** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Kelsey, Robert D Jr.**

**Kelsey, Denyne L**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert D Kelsey, Jr.**

Signature of Debtor **Robert D Kelsey, Jr.**

X **/s/ Denyne L Kelsey**

Signature of Joint Debtor **Denyne L Kelsey**

Telephone Number (If not represented by attorney)

**January 26, 2011**

Date

### Signature of Attorney*

X **/s/ Stephen J. West, Atty.**

Signature of Attorney for Debtor(s)

**Stephen J. West, Atty. 02989794**

Printed Name of Attorney for Debtor(s)

**Stephen J. West**

Firm Name

**628 Columbus Dr.**
**Rm. 102**
**Ottawa, IL 61350**

Address

**815-434-7250  Fax: 815-434-0951**

Telephone Number

**January 26, 2011**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert D Kelsey, Jr.**
**Denyne L Kelsey**

                                    Debtor(s)

Case No.           

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Robert D Kelsey, Jr.**
                         **Robert D Kelsey, Jr.**

Date:   **January 26, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert D Kelsey, Jr.**
          **Denyne L Kelsey**               Case No. _____

                          Debtor(s)        Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

&#9744; 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

&#9744; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9744; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9744; Active military duty in a military combat zone.

&#9744; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Denyne L Kelsey**
                        **Denyne L Kelsey**

Date:   **January 26, 2011**

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert D Kelsey, Jr.**
**Denyne L Kelsey**                Case No. _____

                         Debtor(s)                Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$36,800.00** | **Him 2008** |
| **$37,600.00** | **2009** |
| **$7,400.00** | **Her 2008** |
| **$7,800.00** | **2009** |

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ☐ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **E-Z Auto** | **Monthly payment** | **$260.00** | **$4,600.00** |

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-------------------------------------------------------------------|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

7

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE                    AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL                    OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **January 26, 2011**                    Signature    **/s/ Robert D Kelsey, Jr.**
                                                              **Robert D Kelsey, Jr.**
                                                              Debtor

Date    **January 26, 2011**                    Signature    **/s/ Denyne L Kelsey**
                                                              **Denyne L Kelsey**
                                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert D Kelsey, Jr.,**                  Case No. _____

       **Denyne L Kelsey**

                                     ,      Chapter_____**7**_____

                      Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 3,650.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 4,600.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 300.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 37 | | 203,070.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,462.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,440.00 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 3,650.00 | | |
| Total Liabilities | | | | 207,970.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert D Kelsey, Jr.,**
      **Denyne L Kelsey**

Case No. _____

Debtors   ,   Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 300.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 300.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,462.00 |
| Average Expenses (from Schedule J, Line 18) | 4,440.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,233.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 2,900.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 300.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 203,070.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 205,970.00 |

B6A (Official Form 6A) (12/07)

.

In re    **Robert D Kelsey, Jr.,**                                      Case No. _____
         **Denyne L Kelsey**
_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Robert D Kelsey, Jr.,**                                                Case No. _____
         **Denyne L Kelsey**
_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account - Grundy Co. Bank** | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods, furniture & furnishings.** | J | 800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel** | J | 50.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           950.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**                                         Case No. _____
         **Denyne L Kelsey**
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|:---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401-K - Educators Advancement** | **J** | **Unknown** |
| | | **Pension - Local #597** | **J** | **Unknown** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >           **0.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**                                    Case No. _____
         **Denyne L Kelsey**

_____,
                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Chevrolet Van | J | 1,000.00 |
| | | 1999 Ford | J | 1,700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 2,700.00 |
| Total > | 3,650.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   **Robert D Kelsey, Jr.,**                    Case No. _____
          **Denyne L Kelsey**
                                                                              ,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| **The necessary wearing apparel, bible, school books and family pictures of the debtors, Robert D Jr. & Denyne L Kelsey and the debtor's dependants;** | **735 ILCS 5/12-1001(a)** | **100.00** | **0.00** |
| **Personal property,household goods,furnishings,funds held by employer,funds on deposit, tax returns, other property listed on Schedule B not otherwise claimed as exempt.** | **735 ILCS 5/12-1001(b)** | **8,000.00** | **0.00** |
| **The debtor's interest not to exceed $2,400 in value in any one motor vehicle.** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **0.00** |
| **401-K** | **735 ILCS 5/12-704** | **Unknown** | **0.00** |

|  | Total: | **12,900.00** | **0.00** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Robert D Kelsey, Jr.,**                                      Case No. _____
         **Denyne L Kelsey**
                                                    ,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | W | J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | | | | |
| Account No. **E-Z Auto** | J | | | | **Security is a 1999 Ford obtained in 2010 as a purchase money security interest.** | X | | | |
| | | | | | Value $                  **1,700.00** | | | **4,600.00** | **2,900.00** |
| Account No. | | | | | | | | | |
| | | | | | Value $ | | | | |
| Account No. | | | | | | | | | |
| | | | | | Value $ | | | | |
| Account No. | | | | | | | | | |
| | | | | | Value $ | | | | |

___**0**___  continuation sheets attached

|  | Subtotal (Total of this page) | **4,600.00** | **2,900.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **4,600.00** | **2,900.00** |

B6E (Official Form 6E) (4/10)

In re  **Robert D Kelsey, Jr.,**
**Denyne L Kelsey**

Case No. _____

_____ ,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Robert D Kelsey, Jr.,**
      **Denyne L Kelsey**

Case No. _____

                                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Robyn L Martis**<br>**25502 S. Parkside Dr.**<br>**Channahon, IL 60410** | | J | **Child support per Judgment of Dissolution for $300.00/month.** | | X | | 300.00 | 0.00 | 300.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to<br>Schedule of Creditors Holding Unsecured Priority Claims | | | | | Subtotal<br>(Total of this page) | | 300.00 | 0.00 | 300.00 |
| | | | | | Total<br>(Report on Summary of Schedules) | | 300.00 | 0.00 | 300.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
                                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Robert D Kelsey, Jr.,**                                          Case No. _____
        **Denyne L Kelsey**
                                                                ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A T I Physical Therapy c/o Transworld Systems 2235 Mercury Way, Suite 275 Santa Rosa, CA 95407** | | J | Claim was incurred for collection account | | X | | 243.00 |
| Account No. **Advanced Health 9721 W. 165th St. Orland Park, IL 60467** | | J | Claim was incurred for services. | | X | | 80.00 |
| Account No. **Advanced Health Services % First Federal Credit Control PO Box 20790 Columbus, OH 43220-0790** | | J | Claim was incurred for collection account. | | X | | 57.00 |
| Account No. **Allergy & Asthma Clinic % J&J Collections PO Box 841 Joliet, IL 60434-0841** | | J | Claim was incurred for collection account. | | X | | 83.00 |

_**36**_  continuation sheets attached

Subtotal
(Total of this page)                                                     463.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert D Kelsey, Jr.,**
       **Denyne L Kelsey**
                                                                          Case No. _____
                                                                        ,
                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim was incurred for services. | | | | |
| **Allergy & Asthma Clinic, S.C.** **229 N. Hammes Ave.** **Joliet, IL 60435-6696** | | J | | | X | | 208.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Allied Anesthesia Assoc SC** **185 Penny Ave.** **E. Dundee, IL 60118** | | J | | | X | | 108.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **American Family Insurance** **% Credit Collection Services** **Two Wells Ave.** **Newton, MA 02459** | | J | | | X | | 78.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Anthony E. Proske, M.D. Ltd.** **PO Box 379** **Orland Park, IL 60462** | | J | | | X | | 91.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **ASM/Center of Sleep Med** **9721 W. 165th St.** **Orland Park, IL 60467** | | J | | | X | | 154.00 |

Sheet no. __1__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**639.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert D Kelsey, Jr.,**          Case No. _____
       **Denyne L Kelsey**
_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | Claim was incurred for services. | | | | |
| **Assoc Pathologists of Joliet** **330 Madison St.** **Suite 200A** **Joliet, IL 60435** | | J | | | X | | 44.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Assoc. Anesthesiologists of Joliet** **% Law Offices of John A. Reed, Ltd.** **63 W. Jefferson St.; Suite 200** **Joliet, IL 60432** | | J | | | X | | 132.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Associated Orthodontists, Ltd.** **1118 N. Larkin** **Joliet, IL 60435** | | J | | | X | | 2,000.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Associated Radiologists** **% Creditors Collection Bureau, Inc.** **PO Box 63** **Kankakee, IL 60901-0063** | | J | | | X | | 12.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Associated Radiologists of Joliet** **39069 Treasury Center** **Chicago, IL 60694-9000** | | J | | | X | | 66.00 |

Sheet no. __2__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,254.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**
      **Denyne L Kelsey**
                                           ,
                                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **81545823802888** | | | | Claim was incurred for services. | | | | |
| **AT&T** **PO Box 8100** **Aurora, IL 60507-8100** | | J | | | | X | | |
| | | | | | | | | 109.00 |
| Account No. **8154582380102** | | | | Claim was incurred for collection account. | | | | |
| **AT&T Midwest Res** **% Southwest Credit Systems, L.P.** **5910 W. Plano Pkwy.; Suite 100** **Plano, TX 75093-4638** | | J | | | | X | | |
| | | | | | | | | 234.00 |
| Account No. **254285901** | | | | Claim was incurred for collection account. | | | | |
| **AT&T Wireless Service Inc.** **% LDG Financial Services, LLC** **4553 Winters Chapel Rd.** **Atlanta, GA 30360** | | J | | | | X | | |
| | | | | | | | | 1,882.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Athletic & Therapeutic Inst.** **PO Box 371863** **Pittsburgh, PA 15250-7863** | | J | | | | X | | |
| | | | | | | | | 243.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Bank of America** **% Heller,Shapiro,Frisone & Ferleger** **111 W. Washington St.; Suite 1650** **Chicago, IL 60602** | | J | | | | X | | |
| | | | | | | | | 1,075.00 |

| | | |
|---|---|---|
| Sheet no. __3__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,543.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert D Kelsey, Jr.,**      Case No. _____
       **Denyne L Kelsey**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5414-4401-0191-1490 | | | | Claim was incurred for collection account. | | | | |
| California National Bank/FFB PO Box 866012 Los Angeles, CA 90086-6012 | | J | | | | X | | 1,100.00 |
| Account No. 4121-7414-0495-3973 | | | | Claim was incurred for consumer goods & services. | | | | |
| Capital One PO Box 85617 Richmond, VA 23276-0001 | | J | | | | X | | 406.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| Cardiology Interpretation II PO Box 432 Channahon, IL 60410-0432 | | J | | | | X | | 5.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Carson Pirie Scott & Co % Bonded Collection Corp. 221 N. LaSalle St. Chicago, IL 60601 | | J | | | | X | | 840.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Center for Sleep Medicine % Richard R. Della Croce 9447 W. 144th Place; Suite 100 Orland Park, IL 60462 | | J | | | | X | | 155.00 |

Sheet no. __4__ of __36__ sheets attached to Schedule of            Subtotal        | 2,506.00
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re　**Robert D Kelsey, Jr.,**　　　　　　　　　　　　　　Case No. _____
　　　　**Denyne L Kelsey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Central Illinois Radiological Assoc** <br>**7800 N. Sommer St.** <br>**Peoria, IL 61615** | | J | Claim was incurred for services | | X | | 24.00 |
| Account No. **05SC 004750** <br><br>**Centurion Capital Corp.** <br>**% Blatt,Hasenmiller,Leibsker&Moore** <br>**125 S. Wacker Dr.; Suite 400** <br>**Chicago, IL 60606** | | J | Claim was incurred for civil judgment. | | X | | 1,318.00 |
| Account No. **32109851** <br><br>**Chicago Tribune** <br>**PO Box 6490** <br>**Chicago, IL 60680-6490** | | J | Claim was incurred for consumer goods. | | X | | 24.00 |
| Account No. <br><br>**Christina Dolack, DO** <br>**271 N. Main St.** <br>**Box 470** <br>**Seneca, IL 61360** | | J | Claim was incurred for services. | | X | | 44.00 |
| Account No. <br><br>**CNAC** <br>**2345 W. Jefferson St.** <br>**Joliet, IL 60435** | | J | Claim was incurred for balance owed for repossession. | | X | | 10,081.00 |

Sheet no. __5__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　11,491.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**                                    Case No. _____
         **Denyne L Kelsey**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claim was incurred for multiple medical accounts. | | | | |
| Collection Professionals PO Box 416 723 First St. La Salle, IL 61301 | J | | | | | X | | 678.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Comcast Cable - Chicago % Credit Management Control, Inc. PO Box 1408 Racine, WI 53401-1408 | J | | | | | X | | 257.00 |
| Account No. 9606324000 | | | | Claim was incurred for services. | | | | |
| Commonwealth Edison Bill Payment Center Chicago, IL 60668-0002 | J | | | | | X | | 838.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Cortina & Mueller PC 124 W. Washington Morris, IL 60450 | J | | | | | X | | 866.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Credit Acceptance PO Box 551888 Detroit, MI 48255-1888 | J | | | | | X | | 4,313.00 |

Sheet no. __6__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **6,952.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert D Kelsey, Jr.,**
       **Denyne L Kelsey**                                                    Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community  DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CreditComm Services LLC** <br> **10400 Eaton Place** <br> **Suite 400** <br> **Fairfax, VA 22030** | | J | Claim was incurred for balance owed on account. | | X | | 32.00 |
| Account No. <br><br> **Creditors Discount & Audit Co.** <br> **PO Box 213** <br> **Streator, IL 61364** | | J | Claim was incurred for multiple medical accounts. | | X | | 4,706.00 |
| Account No. <br><br> **Crossings** <br> **% Allied Interstate** <br> **PO Box 36** <br> **Columbus, OH 43236-1595** | | J | Claim was incurred for collection account. | | X | | 83.00 |
| Account No. 62061292603 <br><br> **Crossings Book Club** <br> **PO Box 6307** <br> **Camp Hill, PA 17012-6307** | | J | Claim was incurred for consumer goods. | | X | | 14.00 |
| Account No. <br><br> **Cub Foods** <br> **% Merchants' Credit Guide Co.** <br> **223 W. Jackson Blvd.** <br> **Chicago, IL 60606** | | J | Claim was incurred for collection account. | | X | | 556.00 |

Sheet no. __7___ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,391.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert D Kelsey, Jr.,**
　　　**Denyne L Kelsey**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for balance owed on account. | | | | |
| **Cyber Broadcasting, LLC** **680 S. Broadway** **Coal City, IL 60416** | | J | | | | X | | 135.00 |
| Account No. | | | | Claim is for 1040 income taxes for 2000, 2001, 2002, 2003, 2004, 2005 & 2006. | | | | |
| **Department of the Treasury** **Internal Revenue Service** **P.O. Bxo 480  Mail Stop 660** **Holtsville, NY 11742-0480** | | J | | | | X | | 48,900.00 |
| Account No. 28829922 | | | | Claim was incurred for services. | | | | |
| **Directv** **PO Box 78626** **Phoenix, AZ 85062** | | J | | | | X | | 152.00 |
| Account No. 8255909149567213 | | | | Claim was incurred for services. | | | | |
| **Dish Network** **Dept. 0063** **Palatine, IL 60055-0063** | | J | | | | X | | 233.00 |
| Account No. 4582380 | | | | Claim was incurred for balance owed on account. | | | | |
| **Docs Drugs of Braidwood** **230 Comet Dr.** **Braidwood, IL 60408** | | J | | | | X | | 255.00 |
| Sheet no. __8___ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 49,675.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert D Kelsey, Jr.,**
**Denyne L Kelsey**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Dominicks Finer Foods**<br>**% Merchants' Credit Guide Co.**<br>**223 W. Jackson Blvd.**<br>**Chicago, IL 60606** | | | J | | | X | | 150.00 |
| Account No. 396032524 | | | | Claim was incurred for consumer goods. | | | | |
| **Doubleday Book Club**<br>**Customer Service Center**<br>**PO Box 6400**<br>**Camp Hill, PA 17012-6400** | | | J | | | X | | 10.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Dr. Stephen Morimoto**<br>**219 N. Hammes Ave.**<br>**Suite 2**<br>**Joliet, IL 60435** | | | J | | | X | | 400.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Dr. Stephen Morimoto DDS**<br>**% Collection Professionals, Inc.**<br>**PO Box 841**<br>**Joliet, IL 60434-0841** | | | J | | | X | | 422.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Dr. V. Paul Bertrand**<br>**655 N. LaGrange Rd.**<br>**Frankfort Town Center**<br>**Frankfort, IL 60423** | | | J | | | X | | 269.00 |

Sheet no. __9__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,251.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert D Kelsey, Jr.,**                                                    Case No. _____
     **Denyne L Kelsey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for services. | | | | |
| EBI PO Box 8400-41335 Philadelphia, PA 19178-1335 | | | J | | | X | | |
| | | | | | | | | 87.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| Edward Hospital PO Box 4207 Carol Stream, IL 60197 | | | J | | | X | | |
| | | | | | | | | 11,718.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| Emergency Phys Pesi PO Box 2966 Joliet, IL 60436 | | | J | | | X | | |
| | | | | | | | | 97.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| ENT Surgical Consultants Ltd. % CAB Services, Inc. 60 Barney Dr. Joliet, IL 60435 | | | J | | | X | | |
| | | | | | | | | 470.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| Epic Group, S.C. Slot 303125 PO Box 66973 Chicago, IL 60666-0973 | | | J | | | X | | |
| | | | | | | | | 1,860.00 |

Sheet no. __10__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,232.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**
         **Denyne L Kelsey**
         _____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Express Scripts Inc.** **% Credit Management Services** **9525 Sweet Valley Dr.** **Valley View, OH 44125** | | J | | | X | | 275.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **F G Tomasik MD, FACOG & Associates** **700 W. Jefferson St.** **Shorewood, IL 60431** | | J | | | X | | 470.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Family Medical Group** **330 Madison St.** **Suite 104** **Joliet, IL 60435-6596** | | J | | | X | | 86.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Family Phys of Morris Hosp** **% Creditors Discount & Audit Co.** **PO Box 213** **Streator, IL 61364** | | J | | | X | | 49.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Fischer Mangold Joliet** **% ALW Sourcing, LLC** **PO Box 4938; Dept. 11** **Trenton, NJ 08650** | | J | | | X | | 55.00 |

Sheet no. __11__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    935.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert D Kelsey, Jr.,**
       **Denyne L Kelsey**

Case No. _____

_____ ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Claim was incurred for services. | | | | |
| Fischer Mangold/Joliet PO Box 630707 Cincinnati, OH 45263-0707 | | J | | | | X | | 100.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| FM/Joliet Emerg Phys % HRRG PO Box 5406 Cincinnati, OH 45273-7942 | | J | | | | X | | 100.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| G&L Alcala Pediatric Practice 301 Springfield Ave. Joliet, IL 60435 | | J | | | | X | | 448.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| General Casualty % Brennan & Clark Ltd. 721 E. Madison; Suite 200 Villa Park, IL 60181 | | J | | | | X | | 139.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| General Casulaty Co. % D&B RMS PO Box 539 Richfield, OH 44286 | | J | | | | X | | 139.00 |

Sheet no. __12__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

926.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert D Kelsey, Jr.,**  Case No. _____
      **Denyne L Kelsey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claim was incurred for services. | | | | |
| George E. Dephillips, MDSC Neurological Surgery PO Box 610 Hinsdale, IL 60522-0610 | | J | | | | X | | 95.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| Gustavo A. Pedraza, M.D., Ltd. 25220 W. Reed St. PO Box 197 Channahon, IL 60410 | | J | | | | X | | 52.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Harris Bank % Transworld Systems 25 Northwest Point Blvd. #750 Elk Grove Village, IL 60007 | | J | | | | X | | 610.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Harris Publishing % ARS PO Box 456 Rome, NY 13442-0456 | | J | | | | X | | 124.00 |
| Account No. | | | | Claim was incurred for consumer goods. | | | | |
| Hawthorne Architectural Register PO Box 886 Morton Grove, IL 60053-0886 | | J | | | | X | | 74.00 |

Sheet no. __13__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                955.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert D Kelsey, Jr.,**  
**Denyne L Kelsey**  
_____,  
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim was incurred for services. | | | | |
| Henry F. Ogle, D.N. Hillcrest Shopping Center 1701-317 Larkin Ave. Crest Hill, IL 60403 | | J | | | X | | 535.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| Heritage Counseling Center Inc. 24020 W. Riverwalk Ct. Suite 100 Plainfield, IL 60544 | | J | | | X | | 325.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| Hobby Lobby 0154 % Certegy Payment Recovery Service PO Box 038997 Tuscaloosa, AL 35403-8997 | | J | | | X | | 88.00 |
| Account No. | | | Claim was incurred for 1040 income taxes for 2003. | | | | |
| Illinois Dept. of Revenue PO Box 19025 Springfield, IL 62794-9025 | | J | | | X | | 586.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| Illinois Valley Urban Lumberjacks PO Box 347 Utica, IL 61373 | | J | | | X | | 200.00 |

Sheet no. __14__ of __36__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **1,734.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert D Kelsey, Jr.,**
    **Denyne L Kelsey**

Case No. _____

,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim was incurred for balance owed on account. | | | | |
| Indiana Insurance PO Box 2050 Keene, NH 03431 | | J | | | X | | 83.00 |
| Account No. | | | Claim was incurred for consumer goods. | | | | |
| Instyler PO Box 406 Farmingdale, NY 11735-0406 | | J | | | X | | 141.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| Iowa Mutual Insurance Co % PFG of Minnesota 7825 Washington Ave. S.; Suite 310 Minneapolis, MN 55439-2409 | | J | | | X | | 136.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| J D Brown and Company 837 Plainfield Rd. Joliet, IL 60435 | | J | | | X | | 58.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| Jean M. Garbolski, D.O., S.C. 12701 W. 143rd St. Homer Glen, IL 60491 | | J | | | X | | 180.00 |

Sheet no. __15__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**598.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert D Kelsey, Jr.,**
     **Denyne L Kelsey**
                                                                           Case No. _____

                                                                   ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for services. | | | | |
| Joliet Doctors Clinic, SC 2450 Glenwood Ave. Joliet, IL 60435 | | J | | | | X | | 611.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Joliet Neurosurgery & P.T. % Creditors Discount & Audit Co. PO Box 213 Streator, IL 61364 | | J | | | | X | | 40.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Joliet Open MRI, LLC % Credit Systems International, Inc PO Box 1088 Fort Worth, TX 76112 | | J | | | | X | | 318.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| Joliet Radiological Serv Corp 2208 Weber Rd. Crest Hill, IL 60435-0928 | | J | | | | X | | 2,344.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| Joliet Radiological Service Corp. 36910 Treasury Ctr. Chicago, IL 60694-6900 | | J | | | | X | | 80.00 |

Sheet no. __16__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        3,393.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**    Case No. _____
     **Denyne L Kelsey**

                                    ,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Claim was incurred for collection account. | | | | |
| **Labcorp** **% Total Collection Management** **PO Box 518** **Huntington, NY 11743-0518** | | | J | | | X | | 61.00 |
| **Account No.** | | | | Claim was incurred for services. | | | | |
| **Laboratory & Pathology Diagnostics** **Dept. 4387** **Carol Stream, IL 60122-0001** | | | J | | | X | | 382.00 |
| **Account No.** | | | | Claim was incurred for collection account. | | | | |
| **LaSalle Bank** **% TRS Recovery Services, Inc.** **PO Box 4812** **Houston, TX 77210-4812** | | | J | | | X | | 264.00 |
| **Account No.** | | | | Claim was incurred for services. | | | | |
| **Lenard Rutkowski, MD** **2121 Oneida St.** **Suite 302** **Joliet, IL 60435** | | | J | | | X | | 40.00 |
| **Account No.** | | | | Claim was incurred for collection account. | | | | |
| **Lifetouch National School Studios** **% Commercial Recovery Corp.** **PO Box 49520** **Minneapolis, MN 55449** | | | J | | | X | | 29.00 |

Sheet no. __17__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**776.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**
    **Denyne L Kelsey**
                                                 ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim was incurred for consumer goods. | | | | |
| **Lowe's**<br>**PO Box 2510**<br>**Tuscaloosa, AL 35403-2510** | | J | | | X | | 186.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Loyola Univ Physicians Foundation**<br>**% ICS**<br>**PO Box 1010**<br>**Tinley Park, IL 60477-9110** | | J | | | X | | 187.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Loyola University Health Sys**<br>**% Nationwide Credit & Collection,**<br>**815 Commerce Dr.; Suite 100**<br>**Oak Brook, IL 60523** | | J | | | X | | 2,421.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Loyola University Medical Center**<br>**PO Box 95994**<br>**Chicago, IL 60694-5994** | | J | | | X | | 2,405.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Loyola University Medical Center**<br>**PO Box 6559**<br>**Carol Stream, IL 60197-6559** | | J | | | X | | 429.00 |

Sheet no. __18__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,628.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert D Kelsey, Jr.,**  Case No. _____
       **Denyne L Kelsey**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Loyola University Physician Fdn.** **% Nationwide Credit & Collection** **815 Commerce Dr.; Suite 100** **Oak Brook, IL 60523** | | J | | | | X | | 498.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **M.C.C.** **PO Box 538** **Eau Claire, WI 54702-0538** | | J | | | | X | | 290.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Marshall Fields** **% Asset Acceptance LLC** **PO Box 318035** **Cleveland, OH 44131-8035** | | J | | | | X | | 3,045.00 |
| Account No. 8383913930003227 | | | | Claim was incurred for services. | | | | |
| **Mediacom** **3900 26th Ave.** **Moline, IL 61265-4999** | | J | | | | X | | 617.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Menard Inc.** **% Friedman & Wexler, LLC, Attys.** **500 W. Madison St.; Suite 2910** **Chicago, IL 60661-2587** | | J | | | | X | | 335.00 |

Sheet no. __**19**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,785.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert D Kelsey, Jr.,**
        **Denyne L Kelsey**
                                                            Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Michael J. Renzi** <br> **58 N. Chicago St.** <br> **Joliet, IL 60432** | | J | **Claim was incurred for legal services.** | | X | | 5,075.00 |
| Account No. <br><br> **Michael McDermott** <br> **14532 John Humphrey Dr.** <br> **Orland Park, IL 60462** | | J | **Claim was incurred for services.** | | X | | 20.00 |
| Account No. <br><br> **Michel Malek, MD** <br> **7040 Reliable Pkwy.** <br> **Chicago, IL 60686** | | J | **Claim was incurred for services.** | | X | | 739.00 |
| Account No. <br><br> **Michigan Avenue Internists, LLC** <br> **200 S. Michigan Ave.** <br> **Suite 805** <br> **Chicago, IL 60604** | | J | **Claim was incurred for services.** | | X | | 130.00 |
| Account No. <br><br> **Midwest Eye Institute, Inc. II** <br> **7340 W. College Dr.** <br> **Palos Heights, IL 60463** | | J | **Claim was incurred for services.** | | X | | 155.00 |

Sheet no. __20__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,119.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**
         **Denyne L Kelsey**                                                     Case No. _____

_____,
                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Minooka Animal Hospital** **% Collection Professionals, Inc.** **PO Box 841** **Joliet, IL 60434-0841** | | J | | | | X | | 133.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Morris Hospital** **Business Office** **150 W. High St.** **Morris, IL 60450-1497** | | J | | | | X | | 1,025.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Morris Hospital** **% Pellettieri & Associates, Ltd.** **991 Oak Creek Dr.** **Lombard, IL 60148-6408** | | J | | | | X | | 167.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Morris Radiology Associates** **PO Box 809** **Morris, IL 60450** | | J | | | | X | | 20.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Murrays Discount Auto** **% TRS Recovery Services, Inc.** **PO Box 4857** **Houston, TX 77210-4857** | | J | | | | X | | 48.00 |

Sheet no. __21__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,393.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert D Kelsey, Jr.,**                                                    Case No. _____
     **Denyne L Kelsey**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Naperville Radiologists % ATG Credit, LLC PO Box 14895 Chicago, IL 60614-4895** | | J | | | | X | | 1,920.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Naperville Radiologists S.C. 6910 S. Madison St. Willowbrook, IL 60527-5504** | | J | | | | X | | 2,024.00 |
| Account No. 4489-9181-0400-7161 | | | | Claim was incurred for consumer goods & services. | | | | |
| **National City PO Box 5570 Cleveland, OH 44101** | | J | | | | X | | 258.00 |
| Account No. | | | | Claim was incurred for consumer goods. | | | | |
| **National Magazine Exchange PO Box 9083 Clearwater, FL 33758-9083** | | J | | | | X | | 268.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Neuro-Spine 1408 Joliet Rd. Suite 201 Romeoville, IL 60446** | | J | | | | X | | 664.00 |

Sheet no. __22__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,134.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**
         **Denyne L Kelsey**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6111104375** | | | | Claim was incurred for services. | | | | |
| **Nicor Gas** **PO Box 416** **Aurora, IL 60568-0001** | | J | | | | X | | 926.00 |
| Account No. **4830760086** | | | | Claim was incurred for collection account. | | | | |
| **Nicor Gas** **% Asset Acceptance LLC** **PO Box 2036** **Warren, MI 48090-2036** | | J | | | | X | | 1,708.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Northwestern Med Faculty Fnd.** **% Revenue Production Management** **PO Bo x830913** **Birmingham, AL 35283-0913** | | J | | | | X | | 466.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **O, The Oprah Magazine** **% Sunrise Credit Services, Inc.** **PO Box 9100** **Farmingdale, NY 11735-9100** | | J | | | | X | | 12.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Occu Sport Services, Inc.** **PO Box 2427** **Orland Park, IL 60462** | | J | | | | X | | 1,466.00 |

Sheet no. __**23**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,578.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**
          **Denyne L Kelsey**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claim was incurred for services. | | | | |
| Orland Open MRI Midwest Medical Imaging 14315 S. 108th Ave. Orland Park, IL 60462 | | J | | | | X | | 390.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| OSI Recovery Solutions-NBV PO Box 8902 Westbury, NY 11590-8902 | | J | | | | X | | 50.00 |
| Account No. 5440-4550-0098-2697 | | | | Claim was incurred for collection account. | | | | |
| Palisades Acquisition XVI, LLC % Blatt,Hasenmiller,Leibsker&Moore 125 S. Wacker Dr.; Suite 400 Chicago, IL 60606-4440 | | J | | | | X | | 1,774.00 |
| Account No. 4031-1407-0063-4800 | | | | Claim was incurred for collection account. | | | | |
| Palisades Collection LLC % Blatt,Hasenmiller,Leibsker&Moore 125 S. Wacker Dr.; Suite 400 Chicago, IL 60606-4440 | | J | | | | X | | 2,229.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Palisades/AT&T % Wolpoff & Abramson, LLP Two Irvington Centre; 702 King Farm Rockville, MD 20850-5775 | | J | | | | X | | 2,357.00 |

Sheet no. __24__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert D Kelsey, Jr.,**              Case No. _____
       **Denyne L Kelsey**
       _____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Claim was incurred for services. | | | | |
| **Parkview Orthopaedic Group, S.C.**<br>**7600 W. College Dr.**<br>**Palos Heights, IL 60463-1001** | | J | | | | X | | |
| | | | | | | | | 287.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Performance Phsyical**<br>**% Credit Management Services**<br>**9525 Sweet Valley Dr.**<br>**Valley View, OH 44125** | | J | | | | X | | |
| | | | | | | | | 68.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Performance Physical Therapy**<br>**% Transworld Systems**<br>**2235 Mercury Way; Suite 275**<br>**Santa Rosa, CA 95407-5413** | | J | | | | X | | |
| | | | | | | | | 68.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Performance PT Svcs of Frankfort**<br>**Dept. 6000**<br>**Carol Stream, IL 60122-6000** | | J | | | | X | | |
| | | | | | | | | 73.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Pesi Emergency Physicians**<br>**PO Box 2966**<br>**Joliet, IL 60436** | | J | | | | X | | |
| | | | | | | | | 86.00 |

Sheet no. __25__ of __36__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)         582.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert D Kelsey, Jr.,**　　　　　　　　　　　　　　　　Case No. _____
**Denyne L Kelsey**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **10-SC-839** | | | | Claim was incurred for civil judgment. | | | | |
| **Petty Cash of Illinois, Inc.** **c/o Angela M. Fillenwarth, Attorney** **211 W Jefferson St  Suite A** **Morris, IL 60450** | | J | | | | X | | 1,454.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Prairie Emergency Services S C** **PO Box 2669** **Joliet, IL 60434-2669** | | J | | | | X | | 422.00 |
| Account No. 7460708A | | | | Claim was incurred for loan. | | | | |
| **Preferred Capital Lending** **368 W. Huron St.** **Suite 200N** **Chicago, IL 60654** | | J | | | | X | | 10,000.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Premium Marketing Systems** **% Collection Dept.** **PO Box 544** **Mount Prospect, IL 60056-0544** | | J | | | | X | | 525.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Prevention Magazine** **% North Shore Agency** **PO Box 8901** **Westbury, NY 11590-8901** | | J | | | | X | | 16.00 |

Sheet no. __26__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　　　　12,417.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**
         **Denyne L Kelsey**
_____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim was incurred for services. | | | | |
| **Primary Care Physicians of Essingto 36153 Treasury Center Chicago, IL 60694-6100** | | J | | | X | | 189.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Professional Diagnostic Inc PO Box 388775 Chicago, IL 60638** | | J | | | X | | 3,498.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Provena St. Joseph Med Ctr % KCA Financial Services, Inc. PO Box 53 Geneva, IL 60134** | | J | | | X | | 164.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Provena St. Joseph Medical Center % MiraMed Revenue Group Dept. 77304; PO Box 77000 Detroit, MI 48277-0304** | | J | | | X | | 25.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Provena St. Joseph Medical Center % Medical Recovery Specialists, Inc 2200 E. Devon Ave.; Suite 288 Des Plaines, IL 60018** | | J | | | X | | 5,094.00 |

Sheet no. __27__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,970.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert D Kelsey, Jr.,**                                                            Case No. _____
      **Denyne L Kelsey**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| **Provena St. Joseph Medical Center** **% Creditors Collection Bureau** **PO Box 63** **Kankakee, IL 60901-0063** | | J | | | | | X | | 1,750.00 |
| Account No. | | | | | Claim was incurred for services. | | | | |
| **Provena St. Joseph Medical Center** **75 Remittance Dr.** **Suite 1366** **Chicago, IL 60675-1366** | | J | | | | | X | | 2,970.00 |
| Account No. 4031-1407-0063-4800 | | | | | Claim was incurred for consumer goods & services. | | | | |
| **Providian Visa Card** **PO Box 9539** **Manchester, NH 03108-9539** | | J | | | | | X | | 508.00 |
| Account No. 01698513783 | | | | | Claim was incurred for consumer goods. | | | | |
| **Publishers Clearing House** **PO Box 26305** **Lehigh Valley, PA 18002-6305** | | J | | | | | X | | 65.00 |
| Account No. | | | | | Claim was incurred for services. | | | | |
| **Quest Diagnostics** **PO Box 64804** **Baltimore, MD 21264-4804** | | J | | | | | X | | 13.00 |

Sheet no. __28__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,306.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**                                                Case No. _____
       **Denyne L Kelsey**

                                                    ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Quik Payday Inc.** <br>**% Law Office of Vincent P Cignarale** <br>**5100 Transit Rd.** <br>**Depew, NY 14043** | | J | Claim was incurred for collection account. | | X | | 140.00 |
| Account No. **00219433711** <br><br>**Readers Digest** <br>**PO Box 8010** <br>**Prescott, AZ 86304** | | J | Claim was incurred for consumer goods. | | X | | 8.00 |
| Account No. **2608417545** <br><br>**Real Simple** <br>**PO Box 63500** <br>**Tampa, FL 33663-3500** | | J | Claim was incurred for consumer goods. | | X | | 46.00 |
| Account No. <br><br>**Riverside Medical Center** <br>**P.O. Box 660064** <br>**Dallas, TX 75266** | | J | Claim was incurred for services | | X | | 2,775.00 |
| Account No. <br><br>**Ross Klein Capital Management** <br>**% NCC Recovery** <br>**12138 Industrial Blvd; Suite 220** <br>**Victorville, CA 92395** | | J | Claim was incurred for collection account. | | X | | 158.00 |

Sheet no. __29__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal
                             (Total of this page)    **3,127.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert D Kelsey, Jr.,**
       **Denyne L Kelsey**
                                                                          Case No. _____

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim was incurred for legal fees. | | | | |
| **Rouskey & Baldacci** 151 Springfield Ave. Joliet, IL 60435 | | J | | | X | | 1,850.00 |
| Account No. | | | CLaim was incurred for legal fees. | | | | |
| **Sabucco, Beck, Hansen, Schrock & Bertani, PC** 77 129th Infantry Dr. Joliet, IL | | J | | | X | | 3,087.00 |
| Account No.  IL00154113A-00 | | | Claim was incurred for balance owed on account. | | | | |
| **SafeAuto Insurance** 4 Easton Oval Columbus, OH 43219 | | J | | | X | | 360.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **SBC** % Asset Acceptance LLC PO Box 2036 Warren, MI 48090-2036 | | J | | | X | | 477.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Silkies/HCI Direct, Inc.** % RMCB PO Box 1236 Elmsford, NY 10523-0936 | | J | | | X | | 18.00 |

Sheet no. __30__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,792.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**
     **Denyne L Kelsey**
                                              ,    Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Silver Cross Hospital** **% NCO Financial Systems, Inc.** **PO Box 15270; Dept. 55** **Wilmington, DE 19850** | | J | | | X | | 1,550.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Silver Cross Hospital** **% OSI Collection Services, Inc.** **PO Box 959** **Brookfield, WI 53008** | | J | | | X | | 1,446.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Silver Cross Hospital** **% Vision Financial Services** **PO Box 1768** **La Porte, IN 46352** | | J | | | X | | 2,222.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **Southwest Surgery Center, LLC** **PO Box 970** **Frankfort, IL 60423-0970** | | J | | | X | | 2,656.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **St. James Anesthesia** **% C.B. USA Inc.** **PO Box 8000** **Hammond, IN 46325-9998** | | J | | | X | | 76.00 |

Sheet no. __**31**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                    (Total of this page)     **7,950.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**
    **Denyne L Kelsey**
                                                                    Case No. _____
                                                                ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claim was incurred for services. | | | | |
| Suburban Gynecology LLC PO Box 399 Hinsdale, IL 60522-0399 | | J | | | | X | | 25.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| Surendra M. Gulati, M.D.,S.C. 2121 Oneida St. Suite 301 Joliet, IL 60435 | | J | | | | X | | 55.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| Suresh Bhalla, MD 210 N. Hammes Suite 112 Joliet, IL 60435 | | J | | | | X | | 75.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| Target Corporation Recovery Svcs. PO Box 2907 Tuscaloosa, AL 35403-9977 | | J | | | | X | | 25.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| TCF National Bank % Millennium Credit Consultants PO Box 18160 W. Saint Paul, MN 55118-0160 | | J | | | | X | | 731.00 |

Sheet no. __32__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

911.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert D Kelsey, Jr.,**
       **Denyne L Kelsey**
                                                    Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **The Advanced Cosmetic Laser Surgery** 2400 Glenwood Ave. Joliet, IL 60435 | | J | | Claim was incurred for services. | | X | | 188.00 |
| Account No. **09 5584 7462** **The Heartst Corp.** Box 8464 Red Oak, IA 51591 | | J | | Claim was incurred for balance owed on account. | | X | | 12.00 |
| Account No. **The Motorists Insurance Group** % IMARC PO Box 290 De Witt, IA 52742-0290 | | J | | Claim was incurred for collection account. | | X | | 136.00 |
| Account No. **Thea C. Flock, D.C.S.C.** % American Credit Bureau, Inc. PO Box 4545 Boynton Beach, FL 33424 | | J | | Claim was incurred for collection account. | | X | | 57.00 |
| Account No. **Thea Flock DC** 2208 Weber Rd. Crest Hill, IL 60435 | | J | | Claim was incurred for services. | | X | | 58.00 |

Sheet no. __33__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

451.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**
      **Denyne L Kelsey**
      _____,
                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for services. | | | | |
| **Tri-County Anesthesia, Assoc.** **PO Box 3684** **Oak Brook, IL 60522** | | J | | | | X | | 331.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Union Acceptance Company, LLC** **% Trilogy Capital Management, LLC** **12250 El Camino Real; Suite 120** **San Diego, CA 92130** | | J | | | | X | | 6,506.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **United States Postal Service** **% AllianceOne Receivables Mgmt.** **6565 Kimball Dr.; Suite 200** **Gig Harbor, WA 98335** | | J | | | | X | | 48.00 |
| Account No. | | | | Claim was incurred for services. | | | | |
| **University Head and Neck Assoc** **PO Box 75803** **Chicago, IL 60675-5803** | | J | | | | X | | 102.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **US Bank** **% Apelles** **PO Box 1197** **Westerville, OH 43086-1197** | | J | | | | X | | 6,000.00 |

Sheet no. __34__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,987.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert D Kelsey, Jr.,**　　　　　　　　　　　Case No. _____
**Denyne L Kelsey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Village of Bolingbrook**<br>**PO Box 525**<br>**Bolingbrook, IL 60440** | | J | Claim was incurred for balance owed on account. | | X | | 600.00 |
| Account No. **TRYN024748000002**<br><br>**Village of Channahon**<br>**24555 S. Navajo Dr.**<br>**Channahon, IL 60410** | | J | Claim was incurred for services. | | X | | 216.00 |
| Account No. **4777-6708-1044-1520**<br><br>**VISA**<br>**PO Box 30149**<br>**Tampa, FL 33630-3149** | | J | Claim was incurred for consumer goods & services. | | X | | 515.00 |
| Account No.<br><br>**Visual Image Photography**<br>**% Monco Services, Inc.**<br>**PO Box 1641**<br>**Brookfield, WI 53008-1641** | | J | Claim was incurred for collection account. | | X | | 90.00 |
| Account No.<br><br>**Visual Image Photography, Inc.**<br>**9118 W. North Ave.**<br>**Wauwatosa, WI 53226** | | J | Claim was incurred for consumer goods. | | X | | 20.00 |

Sheet no. __35__ of __36__ sheets attached to Schedule of　　　　　　　Subtotal
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　(Total of this page)　　　**1,441.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Kelsey, Jr.,**    Case No. _____
**Denyne L Kelsey**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Wal-Mart % Certegy Payment Recovery Services PO Box 2844 Tuscaloosa, AL 35403-2844** | | J | | | X | | 165.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Wal-Mart Stores, Inc. % FMS Inc. PO Box 707600 Tulsa, OK 74170-7600** | | J | | | X | | 244.00 |
| Account No. | | | Claim was incurred for loan. | | | | |
| **www.SIGNmyloan.net 599b Yonge St. Suite 217 Toronto, ONT  M4Y 1Z4** | | J | | | X | | 520.00 |
| Account No. | | | Claim was incurred for services. | | | | |
| **ZRT Laboratory 1815 NW 169th Pl Suite 5050 Beaverton, OR 97006** | | J | | | X | | 56.00 |
| Account No. | | | | | | | |

Sheet no. __**36**__ of __**36**__ sheets attached to Schedule of    Subtotal    985.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Total    203,070.00
(Report on Summary of Schedules)

B6G (Official Form 6G) (12/07)

In re   **Robert D Kelsey, Jr.,**                                      Case No. _____
**Denyne L Kelsey**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Robert D Kelsey, Jr.,**                                                          Case No. _____
         **Denyne L Kelsey**
_____,
                                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Robert D Kelsey, Jr.**
      **Denyne L Kelsey**       Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter/student** | AGE(S):<br>**17 Years**<br>**20 Years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **State Coordinator** | **Bus Driver** |
| Name of Employer | **Educators Advancement** | **Spetran** |
| How long employed | **2 Years** | **1 Year** |
| Address of Employer | **Frankfort, IL** | **Plainfield, IL** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **3,464.00** | $ **645.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **3,464.00** | $ **645.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **667.00** | $ **69.00** |
|    b. Insurance | $ **0.00** | $ **0.00** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify):    **401-K** | $ **35.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **702.00** | $ **69.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **2,762.00** | $ **576.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify):    **Parttime job** | $ **374.00** | $ **0.00** |
|       **2nd parttime job** | $ **0.00** | $ **750.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **374.00** | $ **750.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,136.00** | $ **1,326.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **4,462.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Robert D Kelsey, Jr.**
**Denyne L Kelsey**                                          Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 1,250.00 |
| a. Are real estate taxes included? | Yes ___ | No _X_ | | |
| b. Is property insurance included? | Yes ___ | No _X_ | | |
| 2. Utilities:    a. Electricity and heating fuel | | | $ | 305.00 |
| b. Water and sewer | | | $ | 90.00 |
| c. Telephone | | | $ | 225.00 |
| d. Other   **Cable** | | | $ | 130.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 560.00 |
| 5. Clothing | | | $ | 80.00 |
| 6. Laundry and dry cleaning | | | $ | 0.00 |
| 7. Medical and dental expenses | | | $ | 205.00 |
| 8. Transportation (not including car payments) | | | $ | 420.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 80.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 0.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 225.00 |
| e. Other | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 260.00 |
| b. Other | | | $ | 0.00 |
| c. Other | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 450.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other   **Cleaning supplies & paper products** | | | $ | 100.00 |
| Other   **Pet food & care** | | | $ | 60.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $ **4,440.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 4,462.00 |
| b. | Average monthly expenses from Line 18 above | $ | 4,440.00 |
| c. | Monthly net income (a. minus b.) | $ | 22.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Robert D Kelsey, Jr.
Denyne L Kelsey**

Case No. _____

Debtor(s)

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **51**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 26, 2011**

Signature   **/s/ Robert D Kelsey, Jr.**

**Robert D Kelsey, Jr.**
Debtor

Date   **January 26, 2011**

Signature   **/s/ Denyne L Kelsey**

**Denyne L Kelsey**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Robert D Kelsey, Jr.**
**Denyne L Kelsey**
_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **400.00** |
| Prior to the filing of this statement I have received | $ **400.00** |
| Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 26, 2011**
_____

**/s/ Stephen J. West, Atty.**
**Stephen J. West, Atty. 02989794**
**Stephen J. West**
**628 Columbus Dr.**
**Rm. 102**
**Ottawa, IL 61350**
**815-434-7250  Fax: 815-434-0951**

---

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert D Kelsey, Jr.**
**Denyne L Kelsey**

Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**E-Z Auto** | **Describe Property Securing Debt:**<br>**Security is a 1999 Ford obtained in 2010 as a purchase money security interest.** |
| Property will be (check one):<br>   ☐ Surrendered                                   ■ Retained<br><br>If retaining the property, I intend to (check at least one):<br>   ☐ Redeem the property<br>   ■ Reaffirm the debt<br>   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>   ■ Claimed as Exempt                              ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES      ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **January 26, 2011**   _____     Signature   **/s/ Robert D Kelsey, Jr.**_____
                                                                        **Robert D Kelsey, Jr.**
                                                                      Debtor

Date  **January 26, 2011**   _____     Signature   **/s/ Denyne L Kelsey**_____
                                                                         **Denyne L Kelsey**
                                                                      Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert D Kelsey, Jr.**
**Denyne L Kelsey**

Case No.

Chapter  **7**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:       **185**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **January 26, 2011**      **/s/ Robert D Kelsey, Jr.**
                                      **Robert D Kelsey, Jr.**
                                      Signature of Debtor

Date:  **January 26, 2011**      **/s/ Denyne L Kelsey**
                                        **Denyne L Kelsey**
                                      Signature of Debtor

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert D Kelsey, Jr.**
**Denyne L Kelsey**

                      Debtor(s)

Case No. _____

Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Robert D Kelsey, Jr.**
**Denyne L Kelsey**

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X   **/s/ Robert D Kelsey, Jr.**         **January 26, 2011**

     Signature of Debtor              Date

X   **/s/ Denyne L Kelsey**            **January 26, 2011**

     Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

.

A T I Physical Therapy
c/o Transworld Systems
2235 Mercury Way, Suite 275
Santa Rosa, CA 95407


Advanced Health
9721 W. 165th St.
Orland Park, IL 60467


Advanced Health Services
% First Federal Credit Control
PO Box 20790
Columbus, OH 43220-0790


Allergy & Asthma Clinic
% J&J Collections
PO Box 841
Joliet, IL 60434-0841


Allergy & Asthma Clinic, S.C.
229 N. Hammes Ave.
Joliet, IL 60435-6696


Allied Anesthesia Assoc SC
185 Penny Ave.
E. Dundee, IL 60118


American Family Insurance
% Credit Collection Services
Two Wells Ave.
Newton, MA 02459


Anthony E. Proske, M.D. Ltd.
PO Box 379
Orland Park, IL 60462


ASM/Center of Sleep Med
9721 W. 165th St.
Orland Park, IL 60467


Assoc Pathologists of Joliet
330 Madison St.
Suite 200A
Joliet, IL 60435

Assoc. Anesthesiologists of Joliet
% Law Offices of John A. Reed, Ltd.
63 W. Jefferson St.; Suite 200
Joliet, IL 60432


Associated Orthodontists, Ltd.
1118 N. Larkin
Joliet, IL 60435


Associated Radiologists
% Creditors Collection Bureau, Inc.
PO Box 63
Kankakee, IL 60901-0063


Associated Radiologists of Joliet
39069 Treasury Center
Chicago, IL 60694-9000


AT&T
PO Box 8100
Aurora, IL 60507-8100


AT&T Midwest Res
% Southwest Credit Systems, L.P.
5910 W. Plano Pkwy.; Suite 100
Plano, TX 75093-4638


AT&T Wireless Service Inc.
% LDG Financial Services, LLC
4553 Winters Chapel Rd.
Atlanta, GA 30360


Athletic & Therapeutic Inst.
PO Box 371863
Pittsburgh, PA 15250-7863


Bank of America
% Heller,Shapiro,Frisone & Ferleger
111 W. Washington St.; Suite 1650
Chicago, IL 60602


California National Bank/FFB
PO Box 866012
Los Angeles, CA 90086-6012

Capital One
PO Box 85617
Richmond, VA 23276-0001


Cardiology Interpretation II
PO Box 432
Channahon, IL 60410-0432


Carson Pirie Scott & Co
% Bonded Collection Corp.
221 N. LaSalle St.
Chicago, IL 60601


Center for Sleep Medicine
% Richard R. Della Croce
9447 W. 144th Place; Suite 100
Orland Park, IL 60462


Central Illinois Radiological Assoc
7800 N. Sommer St.
Peoria, IL 61615


Centurion Capital Corp.
% Blatt,Hasenmiller,Leibsker&Moore
125 S. Wacker Dr.; Suite 400
Chicago, IL 60606


Chicago Tribune
PO Box 6490
Chicago, IL 60680-6490


Christina Dolack, DO
271 N. Main St.
Box 470
Seneca, IL 61360


CNAC
2345 W. Jefferson St.
Joliet, IL 60435


Collection Professionals
PO Box 416
723 First St.
La Salle, IL 61301

Comcast Cable - Chicago
% Credit Management Control, Inc.
PO Box 1408
Racine, WI 53401-1408


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0002


Cortina & Mueller PC
124 W. Washington
Morris, IL 60450


Credit Acceptance
PO Box 551888
Detroit, MI 48255-1888


CreditComm Services LLC
10400 Eaton Place
Suite 400
Fairfax, VA 22030


Creditors Discount & Audit Co.
PO Box 213
Streator, IL 61364


Crossings
% Allied Interstate
PO Box 36
Columbus, OH 43236-1595


Crossings Book Club
PO Box 6307
Camp Hill, PA 17012-6307


Cub Foods
% Merchants' Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL 60606


Cyber Broadcasting, LLC
680 S. Broadway
Coal City, IL 60416

Department of the Treasury
Internal Revenue Service
P.O. Bxo 480  Mail Stop 660
Holtsville, NY 11742-0480


Directv
PO Box 78626
Phoenix, AZ 85062


Dish Network
Dept. 0063
Palatine, IL 60055-0063


Docs Drugs of Braidwood
230 Comet Dr.
Braidwood, IL 60408


Dominicks Finer Foods
% Merchants' Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL 60606


Doubleday Book Club
Customer Service Center
PO Box 6400
Camp Hill, PA 17012-6400


Dr. Stephen Morimoto
219 N. Hammes Ave.
Suite 2
Joliet, IL 60435


Dr. Stephen Morimoto DDS
% Collection Professionals, Inc.
PO Box 841
Joliet, IL 60434-0841


Dr. V. Paul Bertrand
655 N. LaGrange Rd.
Frankfort Town Center
Frankfort, IL 60423


E-Z Auto

EBI
PO Box 8400-41335
Philadelphia, PA 19178-1335


Edward Hospital
PO Box 4207
Carol Stream, IL 60197


Emergency Phys Pesi
PO Box 2966
Joliet, IL 60436


ENT Surgical Consultants Ltd.
% CAB Services, Inc.
60 Barney Dr.
Joliet, IL 60435


Epic Group, S.C.
Slot 303125
PO Box 66973
Chicago, IL 60666-0973


Express Scripts Inc.
% Credit Management Services
9525 Sweet Valley Dr.
Valley View, OH 44125


F G Tomasik MD, FACOG & Associates
700 W. Jefferson St.
Shorewood, IL 60431


Family Medical Group
330 Madison St.
Suite 104
Joliet, IL 60435-6596


Family Phys of Morris Hosp
% Creditors Discount & Audit Co.
PO Box 213
Streator, IL 61364


Fischer Mangold Joliet
% ALW Sourcing, LLC
PO Box 4938; Dept. 11
Trenton, NJ 08650

Fischer Mangold/Joliet
PO Box 630707
Cincinnati, OH 45263-0707


FM/Joliet Emerg Phys
% HRRG
PO Box 5406
Cincinnati, OH 45273-7942


G&L Alcala Pediatric Practice
301 Springfield Ave.
Joliet, IL 60435


General Casualty
% Brennan & Clark Ltd.
721 E. Madison; Suite 200
Villa Park, IL 60181


General Casulaty Co.
% D&B RMS
PO Box 539
Richfield, OH 44286


George E. Dephillips, MDSC
Neurological Surgery
PO Box 610
Hinsdale, IL 60522-0610


Gustavo A. Pedraza, M.D., Ltd.
25220 W. Reed St.
PO Box 197
Channahon, IL 60410


Harris Bank
% Transworld Systems
25 Northwest Point Blvd. #750
Elk Grove Village, IL 60007


Harris Publishing
% ARS
PO Box 456
Rome, NY 13442-0456


Hawthorne Architectural Register
PO Box 886
Morton Grove, IL 60053-0886

Henry F. Ogle, D.N.
Hillcrest Shopping Center
1701-317 Larkin Ave.
Crest Hill, IL 60403


Heritage Counseling Center Inc.
24020 W. Riverwalk Ct.
Suite 100
Plainfield, IL 60544


Hobby Lobby 0154
% Certegy Payment Recovery Service
PO Box 038997
Tuscaloosa, AL 35403-8997


Illinois Dept. of Revenue
PO Box 19025
Springfield, IL 62794-9025


Illinois Valley Urban Lumberjacks
PO Box 347
Utica, IL 61373


Indiana Insurance
PO Box 2050
Keene, NH 03431


Instyler
PO Box 406
Farmingdale, NY 11735-0406


Iowa Mutual Insurance Co
% PFG of Minnesota
7825 Washington Ave. S.; Suite 310
Minneapolis, MN 55439-2409


J D Brown and Company
837 Plainfield Rd.
Joliet, IL 60435


Jean M. Garbolski, D.O., S.C.
12701 W. 143rd St.
Homer Glen, IL 60491

Joliet Doctors Clinic, SC
2450 Glenwood Ave.
Joliet, IL 60435


Joliet Neurosurgery & P.T.
% Creditors Discount & Audit Co.
PO Box 213
Streator, IL 61364


Joliet Open MRI, LLC
% Credit Systems International, Inc
PO Box 1088
Fort Worth, TX 76112


Joliet Radiological Serv Corp
2208 Weber Rd.
Crest Hill, IL 60435-0928


Joliet Radiological Service Corp.
36910 Treasury Ctr.
Chicago, IL 60694-6900


Labcorp
% Total Collection Management
PO Box 518
Huntington, NY 11743-0518


Laboratory & Pathology Diagnostics
Dept. 4387
Carol Stream, IL 60122-0001


LaSalle Bank
% TRS Recovery Services, Inc.
PO Box 4812
Houston, TX 77210-4812


Lenard Rutkowski, MD
2121 Oneida St.
Suite 302
Joliet, IL 60435


Lifetouch National School Studios
% Commercial Recovery Corp.
PO Box 49520
Minneapolis, MN 55449

```
Lowe's
PO Box 2510
Tuscaloosa, AL 35403-2510


Loyola Univ Physicians Foundation
% ICS
PO Box 1010
Tinley Park, IL 60477-9110


Loyola University Health Sys
% Nationwide Credit & Collection,
815 Commerce Dr.; Suite 100
Oak Brook, IL 60523


Loyola University Medical Center
PO Box 95994
Chicago, IL 60694-5994


Loyola University Medical Center
PO Box 6559
Carol Stream, IL 60197-6559


Loyola University Physician Fdn.
% Nationwide Credit & Collection
815 Commerce Dr.; Suite 100
Oak Brook, IL 60523


M.C.C.
PO Box 538
Eau Claire, WI 54702-0538


Marshall Fields
% Asset Acceptance LLC
PO Box 318035
Cleveland, OH 44131-8035


Mediacom
3900 26th Ave.
Moline, IL 61265-4999


Menard Inc.
% Friedman & Wexler, LLC, Attys.
500 W. Madison St.; Suite 2910
Chicago, IL 60661-2587
```

Michael J. Renzi
58 N. Chicago St.
Joliet, IL 60432


Michael McDermott
14532 John Humphrey Dr.
Orland Park, IL 60462


Michel Malek, MD
7040 Reliable Pkwy.
Chicago, IL 60686


Michigan Avenue Internists, LLC
200 S. Michigan Ave.
Suite 805
Chicago, IL 60604


Midwest Eye Institute, Inc. II
7340 W. College Dr.
Palos Heights, IL 60463


Minooka Animal Hospital
% Collection Professionals, Inc.
PO Box 841
Joliet, IL 60434-0841


Morris Hospital
Business Office
150 W. High St.
Morris, IL 60450-1497


Morris Hospital
% Pellettieri & Associates, Ltd.
991 Oak Creek Dr.
Lombard, IL 60148-6408


Morris Radiology Associates
PO Box 809
Morris, IL 60450


Murrays Discount Auto
% TRS Recovery Services, Inc.
PO Box 4857
Houston, TX 77210-4857

Naperville Radiologists
% ATG Credit, LLC
PO Box 14895
Chicago, IL 60614-4895


Naperville Radiologists S.C.
6910 S. Madison St.
Willowbrook, IL 60527-5504


National City
PO Box 5570
Cleveland, OH 44101


National Magazine Exchange
PO Box 9083
Clearwater, FL 33758-9083


Neuro-Spine
1408 Joliet Rd.
Suite 201
Romeoville, IL 60446


Nicor Gas
PO Box 416
Aurora, IL 60568-0001


Nicor Gas
% Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036


Northwestern Med Faculty Fnd.
% Revenue Production Management
PO Bo x830913
Birmingham, AL 35283-0913


O, The Oprah Magazine
% Sunrise Credit Services, Inc.
PO Box 9100
Farmingdale, NY 11735-9100


Occu Sport Services, Inc.
PO Box 2427
Orland Park, IL 60462

Orland Open MRI
Midwest Medical Imaging
14315 S. 108th Ave.
Orland Park, IL 60462


OSI Recovery Solutions-NBV
PO Box 8902
Westbury, NY 11590-8902


Palisades Acquisition XVI, LLC
% Blatt,Hasenmiller,Leibsker&Moore
125 S. Wacker Dr.; Suite 400
Chicago, IL 60606-4440


Palisades Collection LLC
% Blatt,Hasenmiller,Leibsker&Moore
125 S. Wacker Dr.; Suite 400
Chicago, IL 60606-4440


Palisades/AT&T
% Wolpoff & Abramson, LLP
Two Irvington Centre; 702 King Farm
Rockville, MD 20850-5775


Parkview Orthopaedic Group, S.C.
7600 W. College Dr.
Palos Heights, IL 60463-1001


Performance Phsyical
% Credit Management Services
9525 Sweet Valley Dr.
Valley View, OH 44125


Performance Physical Therapy
% Transworld Systems
2235 Mercury Way; Suite 275
Santa Rosa, CA 95407-5413


Performance PT Svcs of Frankfort
Dept. 6000
Carol Stream, IL 60122-6000


Pesi Emergency Physicians
PO Box 2966
Joliet, IL 60436

Petty Cash of Illinois, Inc.
c/o Angela M. Fillenwarth, Attorney
211 W Jefferson St  Suite A
Morris, IL 60450


Prairie Emergency Services S C
PO Box 2669
Joliet, IL 60434-2669


Preferred Capital Lending
368 W. Huron St.
Suite 200N
Chicago, IL 60654


Premium Marketing Systems
% Collection Dept.
PO Box 544
Mount Prospect, IL 60056-0544


Prevention Magazine
% North Shore Agency
PO Box 8901
Westbury, NY 11590-8901


Primary Care Physicians of Essingto
36153 Treasury Center
Chicago, IL 60694-6100


Professional Diagnostic Inc
PO Box 388775
Chicago, IL 60638


Provena St. Joseph Med Ctr
% KCA Financial Services, Inc.
PO Box 53
Geneva, IL 60134


Provena St. Joseph Medical Center
% MiraMed Revenue Group
Dept. 77304; PO Box 77000
Detroit, MI 48277-0304


Provena St. Joseph Medical Center
% Medical Recovery Specialists, Inc
2200 E. Devon Ave.; Suite 288
Des Plaines, IL 60018

Provena St. Joseph Medical Center
% Creditors Collection Bureau
PO Box 63
Kankakee, IL 60901-0063


Provena St. Joseph Medical Center
75 Remittance Dr.
Suite 1366
Chicago, IL 60675-1366


Providian Visa Card
PO Box 9539
Manchester, NH 03108-9539


Publishers Clearing House
PO Box 26305
Lehigh Valley, PA 18002-6305


Quest Diagnostics
PO Box 64804
Baltimore, MD 21264-4804


Quik Payday Inc.
% Law Office of Vincent P Cignarale
5100 Transit Rd.
Depew, NY 14043


Readers Digest
PO Box 8010
Prescott, AZ 86304


Real Simple
PO Box 63500
Tampa, FL 33663-3500


Riverside Medical Center
P.O. Box 660064
Dallas, TX 75266


Robyn L Martis
25502 S. Parkside Dr.
Channahon, IL 60410

Ross Klein Capital Management
% NCC Recovery
12138 Industrial Blvd; Suite 220
Victorville, CA 92395


Rouskey & Baldacci
151 Springfield Ave.
Joliet, IL 60435


Sabucco, Beck, Hansen, Schrock &
Bertani, PC
77 129th Infantry Dr.
Joliet, IL


SafeAuto Insurance
4 Easton Oval
Columbus, OH 43219


SBC
% Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036


Silkies/HCI Direct, Inc.
% RMCB
PO Box 1236
Elmsford, NY 10523-0936


Silver Cross Hospital
% NCO Financial Systems, Inc.
PO Box 15270; Dept. 55
Wilmington, DE 19850


Silver Cross Hospital
% OSI Collection Services, Inc.
PO Box 959
Brookfield, WI 53008


Silver Cross Hospital
% Vision Financial Services
PO Box 1768
La Porte, IN 46352


Southwest Surgery Center, LLC
PO Box 970
Frankfort, IL 60423-0970

St. James Anesthesia
% C.B. USA Inc.
PO Box 8000
Hammond, IN 46325-9998


Suburban Gynecology LLC
PO Box 399
Hinsdale, IL 60522-0399


Surendra M. Gulati, M.D.,S.C.
2121 Oneida St.
Suite 301
Joliet, IL 60435


Suresh Bhalla, MD
210 N. Hammes
Suite 112
Joliet, IL 60435


Target Corporation Recovery Svcs.
PO Box 2907
Tuscaloosa, AL 35403-9977


TCF National Bank
% Millennium Credit Consultants
PO Box 18160
W. Saint Paul, MN 55118-0160


The Advanced Cosmetic Laser Surgery
2400 Glenwood Ave.
Joliet, IL 60435


The Heartst Corp.
Box 8464
Red Oak, IA 51591


The Motorists Insurance Group
% IMARC
PO Box 290
De Witt, IA 52742-0290


Thea C. Flock, D.C.S.C.
% American Credit Bureau, Inc.
PO Box 4545
Boynton Beach, FL 33424

Thea Flock DC
2208 Weber Rd.
Crest Hill, IL 60435


Tri-County Anesthesia, Assoc.
PO Box 3684
Oak Brook, IL 60522


Union Acceptance Company, LLC
% Trilogy Capital Management, LLC
12250 El Camino Real; Suite 120
San Diego, CA 92130


United States Postal Service
% AllianceOne Receivables Mgmt.
6565 Kimball Dr.; Suite 200
Gig Harbor, WA 98335


University Head and Neck Assoc
PO Box 75803
Chicago, IL 60675-5803


US Bank
% Apelles
PO Box 1197
Westerville, OH 43086-1197


Village of Bolingbrook
PO Box 525
Bolingbrook, IL 60440


Village of Channahon
24555 S. Navajo Dr.
Channahon, IL 60410


VISA
PO Box 30149
Tampa, FL 33630-3149


Visual Image Photography
% Monco Services, Inc.
PO Box 1641
Brookfield, WI 53008-1641

Visual Image Photography, Inc.
9118 W. North Ave.
Wauwatosa, WI 53226


Wal-Mart
% Certegy Payment Recovery Services
PO Box 2844
Tuscaloosa, AL 35403-2844


Wal-Mart Stores, Inc.
% FMS Inc.
PO Box 707600
Tulsa, OK 74170-7600


www.SIGNmyloan.net
599b Yonge St.
Suite 217
Toronto, ONT  M4Y 1Z4


ZRT Laboratory
1815 NW 169th Pl
Suite 5050
Beaverton, OR 97006